IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE STEWART,

      Plaintiff,                     No. CIV S-08-0595 MCE KJM P

    vs.

SCOTT KERNAN, et al.,

      Defendants.        <u>ORDER</u>

                          /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application to proceed in forma pauperis reveals that plaintiff has sufficient resources to pay the filing fee for this action. Therefore, his request to proceed in forma pauperis will be denied and plaintiff will be directed to submit the $350.00 filing fee. Failure to submit the filing fee within thirty days will result in a recommendation that this matter be dismissed.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied; and

2. Within thirty days, plaintiff shall submit to the Clerk of the Court the $350.00 filing fee for this action.

DATED:  April 25, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
stew0595.difp